**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHELLE ANN MARIE LONGO, | ) | Civil Action No: 5:25-cv-01719 |
| *Plaintiff*, | ) | |
| | ) | Hon. Elizabeth C. Coombe |
| v. | ) | United States District Judge |
| | ) | |
| COMMISSIONER OF | ) | Hon. Daniel J. Stewart |
| SOCIAL SECURITY | ) | United States Magistrate Judge |
| *Defendant*. | ) | |
| | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand and Proposed Order

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Frank Bisignano,                                              Michelle Ann Marie Longo,
Commissioner of
Social Security,

By His Attorneys,                                             By Her Attorney,

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE, III,
First Assistant United States Attorney

1

/s/ Geoffrey M. Peters
Geoffrey M. Peters
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

/s/ Howard D. Olinsky          [1]
Howard D. Olinsky, Esq.
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202
315-701-5780
holinsky@windisability.com

**IT IS SO ORDERED:**


Elizabeth C. Coombe
U.S. District Judge

**Dated:**   March 12, 2026
            Syracuse, NY

---

[1] E-signed by SAUSA Peters on Attorney Olinsky's behalf with his permission received via email on March 10, 2026.