IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHELLE ANN MARIE LONGO, | ) | Civil Action No. 5:25-cv-01719-ECC-DJS |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant* | ) | Stipulation – Document Filed Electronically |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Geoffrey M. Peters, Special Assistant United States Attorney, for Todd Blanche, Acting Attorney General, and John A. Sarcone, III, First Assistant United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **one thousand three hundred and seventy-seven dollars and forty-one cents ($1,377.41),** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.

The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$0.00** as Plaintiff proceeded *in forma pauperis*. *See* ECF Nos. 3, 7.

*Longo v. Comm'r of Soc. Sec.*, 5:25-cv-01719-ECC-DJS
Stipulation and Order Awarding Attorney's Fees Under the EAJA

Dated: June 15, 2026

Frank Bisignano,                                    Michelle Ann Marie Longo,
Commissioner of
Social Security

By His Attorneys,                                   By Her Attorney,

Todd Blanche,
Acting Attorney General

John A. Sarcone, III,
First Assistant United States Attorney

*/s/ Geoffrey M. Peters*                            */s/ Howard D. Olinsky* [1]
Geoffrey M. Peters                                  Howard D. Olinsky, Esq.
Special Assistant United States Attorney            Olinsky Law Group
NY Bar Roll No. 704027                              250 S. Clinton St., Ste. 210
Social Security Administration                      Syracuse, NY 13202
Office of Program Litigation, Office 2              Phone: (315) 701-5780
Office of the General Counsel                        Fax: (315) 701-5781
6401 Security Blvd                                  Email: holinsky@windisability.com
Baltimore, MD 21235
Tel.: (212) 264-1298

IT IS SO ORDERED:

Elizabeth C. Coombe
U.S. District Judge

Dated: ___June 26, 2026___
        Syracuse, NY

---

[1] Signed by SAUSA Peters on counsel's behalf with his office's consent per email.